# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:     Case No.: **25–20613 – MCR**     Chapter: **13**

**Shane Sheldon Serrant**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case  was entered on 3/3/26.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 3/3/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson
301–344–3918

Form ntcdsm